**BERT L. ROOS, #006960**
Bert L. Roos, P.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Phone (602) 242-7869
Fax: (602) 242-5975
Email: blrpc85015@msn.com
**Attorney for Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| **DANNY'S HAPPY VALLEY, LLC,** | Case No. 2:10-bk-02794-EWH |
|               **Debtor/** | |
| **DANNY'S RAINTREE & NORTHSIGHT, LLC,** | Case No. 2:10-bk-02796-CGC |
|               **Debtor/** | |
| **DANNY'S SCOTTSDALE & SHEA, LLC,** | Case No.: 2:10-bk-02799-SSC |
|               **Debtor/** | |
| **DANNY'S 59TH AVENUE, LLC,** | Case No. 2:10-bk-02802-RTB |
|               **Debtor** | |

**MOTION TO JOINTLY ADMINISTER CHAPTER 11 CASES IN ACCORDANCE WITH BANKRUPTCY RULE 1015, AND LOCAL RULE 1015-1 (a)**

COMES NOW, DEBTORS, DANNY'S HAPPY VALLEY, LLC, DANNY'S RAINTREE & NORTHSIGHT, LLC, DANNY'S SCOTTSDALE & SHEA, LLC, DANNY'S 59TH AVENUE, LLC, by and through their undersigned counsel, and filed this Motion to Jointly Administer Chapter 11 Cases in Accordance with Bankruptcy Rule 1015, and Local Rules 1015-1 (a), and as grounds therefor would state as follows:

-1-

1. The proposed lead debtor, Danny's Happy Valley LLC, is an Arizona limited liability corporation and the managing member Danny's Family Companies II, LLC is an Arizona limited liability corporation and controlling principal of each of the other debtors. The prospects for successful rehabilitation of these debtors are possibly interdependent.

2. There are no known conflicts between the entities, such as intercompany loans between the four (4) debtors.

3. As there is commonality of creditors, - the entities are affiliated, the locale of the books and records is in the District of Arizona, the managing member is located in Arizona, the financial accounting is in Arizona and Counsel is in Arizona. Debtors counsel undersigned, hereby moves this court for an order to combine Judges to the Honorable Eileen W. Hollowell.

4. Counsel is hereby requesting that the above mentioned cases be heard by the same Judge in the interest of judicial economy and for the more efficient management of the cases to avoid several hearings with different Judges regarding similar matters.

5. An Order is attached to this Motion as Exhibit "A".

WHEREFORE, Debtors respectfully requests this Court enter the attached Order granting their Ex-Parte Motion to Joint Administer Chapter 11 Cases in Accordance with Bankruptcy Rule 1015 and Local Rule 1015-1 (a), and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that the foregoing Motion has been forwarded this 10th day of February,2010, by electronic mail and/or U.S. Mail to all the parties listed on the attached Service List.

/s/Bert L. Roos, #006960_____
Bert L. Roos, Esq.
Attorney for Debtor

Copy of the foregoing mailed
this 10th day of February 2010 to:

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85013

| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| 2 | 2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 |
| 3 | Attorney for M&I MARSHALL & ILSLEY BANK |
| 4 | Danny's Happy Valley, LLC<br>15509 North Scottsdale Road |
| 5 | Scottsdale, AZ 85254<br>Debtor |
| 6 | |
| 7 | All creditors and interested parties of <u>al entities</u> reflected in the above-referenced caption as attached hereto. |

**BERT L. ROOS, #006960**
**Bert L. Roos, P.C.**
**5045 N. 12th Street, Suite B**
**Phoenix, Arizona 85014**
**Phone (602) 242-7869**
**Fax: (602) 242-5975**
**Email: blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **In Proceedings Under Chapter 11** |
| **DANNY'S HAPPY VALLEY, LLC,** | **Case No. 2:10-bk-02794-EWH** |
| **Debtor/** | |
| **DANNY'S RAINTREE & NORTHSIGHT, LLC,** | **Case No. 2:10-bk-02796-CGC** |
| **Debtor/** | |
| **DANNY'S SCOTTSDALE & SHEA, LLC,** | **Case No.: 2:10-bk-02799-SSC** |
| **Debtor/** | |
| **DANNY'S 59TH AVENUE, LLC,** | **Case No. 2:10-bk-02802-RTB** |
| **Debtor** | |

## ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES

This matter come before the court on Debtors' Motion to Jointly Administer Chapter 11 Cases in Accordance with Bankruptcy Rule 1015, and Local Rules 1015-1 (a).

The cases identified in the caption of this order are pending in this court by or against (1) an Arizona Limited liability corporation and one more of its affiliates, or (2) two or more general members of an Arizona Limited liability corporation, or (3) a debtor and an affiliate. It appears that these cases should jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1 (a).

Accordingly its is

ORDERED that:

1. These cases shall be jointly administered. Case No. 2:10-bk-02794-EWH is designated the "lead case". Case numbers 2:10-bk-02796-CGC, 2:10-bk-02799-SSC, and 2:10-bk-02802-RTB are transferred to the undersigned judge.

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in order that the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath the caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

**DATED, SIGNED AND ORDERED AS ABOVE STATED**

```
Label Matrix for local noticing         DANNY'S HAPPY VALLEY, L.L.C.        U.S. Bankruptcy Court, Arizona
0970-2                                  15509 NORTH SCOTTSDALE ROAD         230 North First Avenue, Suite 101
Case 2:10-bk-02794-EWH                  SCOTTSDALE, AZ 85254-2100           Phoenix, AZ 85003-0608
District of Arizona
Phoenix
Wed Feb 10 16:35:30 MST 2010

AMERICAN HOME MAINENANCE INC.           ARIZONA DEPT OF TRANSPORTATION      ARIZONS DEPT OF REVENUE [TAX]
2922 S. ROOSEVELT ST.                   1801 W. JEFFERSON ST.               ATTN: COLLECTIONS DIVISION
Tempe AZ 85282-2042                     Phoenix AZ 85007-3230               PO BOX 29079
                                                                            Phoenix AZ 85038-9079


AVANTI PRESS                            AZ COMPLETE CANDY & TOBACCO         BLUE MOUNTAIN ARTS
PO BOX 67000                            6020 NORTH 55TH AVE.                PO BOX 4549
DEPARTMENT #210401                      Glendale AZ 85301-7706              Boulder CO 80306-4549
Detroit MI 48267-2104


BROWN'S PARTMASTER, INC.                CARTRIDGE WORLD                     CATHEDRAL AUTOMOTIVE
7280 N GLEN HARBOR BLVD.                3227 E. BELL RD. #110               3130 E. GREENWAY RD.
SUITE 101                               Phoenix AZ 85032-2771               Phoenix AZ 85032-4446
Glendale AZ 85307-1814


CENTRAL CHEMICAL                        CHRISTY SIGNS                       CITY OF PHOENIX (ALARM)
PO BOX 927                              1825 S. BLACK CANYON HIGHWAY        PO BOX 78815
Mesa AZ 85211-0927                      Phoenix AZ 85009-6516               Phoenix AZ 85062-8815


CITY OF PHOENIX (WATER)                 CITY OF PHOENIX TREASURER (TAX)     CJ'S NOVELTY PLATES
PO BOX 29663                            PO BOX 29690                        PO BOX 8934
Phoenix AZ 85038-9663                   Phoenix AZ 85038-9690               Surprise AZ 85374-0132


COCA COLA BOTTLING CO.                  COX AUTO TRADER                     CRESENT CROWN
75 REMITTANCE DR. STE1215               PO BOX 17359                        402 S 54TH PL.
Chicago IL 60675-1215                   Clearwater FL 33762-0359            Phoenix AZ 85034-2135


DANNY'S FAMILY COMPANIES, LLC           DANNY'S GLASS                       DANNYS DISTRIBUTION
15509 NORTH SCOTTSDALE ROAD             15509 N. SCOTTSDALE RD.             15509 N. SCOTTSDALE RD.
Scottsdale AZ 85254-2100                Scottsdale AZ 85254-2100            Scottsdale AZ 85254-2100


DEPARTMENT OF THE TREASURY (US)         DH TINTING                          DIRECTV
BUREAU OF ALCOHOL TOBACCO               15509 N. SCOTTSDALE RD.             PO BOX 60036
PO BOX 790208                           Scottsdale AZ 85254-2100            Los Angeles CA 90060-0036
Saint Louis MO 63179-2000


ECOLAB - PEST ELIMINATION DIV           FRITO-LAY, INC.                     HOPE TRADING
PO BOX 6007                             75 REMITTANCE DR. STE 1217          1001 S. EDWARD DR.
Grand Forks ND 58206-6007               Chicago IL 60675-1217               Tempe AZ 85281-5223
```

| | | |
|---|---|---|
| ICEE COMPANY<br>4701 AIRPORT DR.<br>Ontario CA 91761-7817 | INTERSTATE BATTERY (18-26-40)<br>PO BOX 1555<br>Glendale AZ 85311-1555 | INTRA-MEDIA SOLUTIONS<br>2228 W. NORTHERN AVE.<br>SUITE B-210<br>Phoenix AZ 85021-9336 |
| J-TOYS<br>PO BOX 13073<br>Mesa AZ 85216-3073 | KALIL BOTTLING CO.<br>PO BOX 26888<br>Tucson AZ 85726-6888 | LESTER'S CATERING<br>3770 W WHITTION AVE.<br>Phoenix AZ 85019-3807 |
| M&I MARSHALL & ILSLEY BANK<br>C/O BRIAN SIROWER & ISAAC GABRIEL<br>QUARLES & BRADY LLP<br>2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2322 | M&I MARSHALL & ILSLEY BANK<br>c/o QUARLES & BRADY LLP<br>2 NORTH CENTRAL AVENUE<br>Phoenix AZ 85004-2322 | M.L. DENNERLY<br>PO BOX 83536<br>Phoenix AZ 85071-3536 |
| MACADAW CORP<br>PO BOX 2119<br>Carefree AZ 85377-2119 | MARICOPA COUNTY ENV. SERVICES<br>1001 N. CENTRAL AVE.<br>SUITE 100<br>Phoenix AZ 85004-1936 | MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>Phoenix AZ 85072-2133 |
| MARSHALL & ILSELY BANK(M&I)(DANIEL HEN)<br>7138 E. THUNDERBIRD RD.<br>Scottsdale AZ 85254-4000 | METLIFE INVESTORS USA<br>PO BOX 371487<br>Pittsburgh PA 15250-7487 | MONEY MAILER RESPONSE MARKETING<br>13860 N. NORTHSIGHT BLVD.<br>Scottsdale AZ 85260-3654 |
| (c)NEW IMAGE AUTO GLASS<br>115 S WEBER DR STE B112<br>CHANDLER AZ  85226-3243 | NUCO2 INC.<br>PO BOX 9011<br>Stuart FL 34995-9011 | O.P.A.C.S.<br>PO BOX 14635<br>Scottsdale AZ 85267-4635 |
| PEPSI BOTTLING GROUP<br>PO BOX 841828<br>Dallas TX 75284-1828 | PHOENIX BODY WORKS<br>22012 N. 19TH AVE.<br>Phoenix AZ 85027-2102 | PROFORMA<br>PO BOX 51925<br>Los Angeles CA 90051-6225 |
| RAND MCNALLY<br>PO BOX 98904<br>Chicago IL 60693-0001 | SAFEGUARD SECURITY SERVICES<br>PO BOX 5870<br>Scottsdale AZ 85261-5870 | SAVVY DISTRIBUTING<br>846 E. CONSTITUTION DR.<br>Gilbert AZ 85296-9749 |
| SAVVY SHOPPER<br>3708 HEMPLAND RD.<br>PO BOX 610<br>Mountville PA 17554-0610 | STRATEGIC FUNDING SOURCE INC.<br>1501 BROADWAY, #360<br>New York NY 10036-5501 | SUN DEVIL FIRE EQUIPMENT<br>2929 W. CLARENDON AVE.<br>Phoenix AZ 85017-4610 |
| SUNDANCER SUNGLASSES<br>6158 W. DONALD DR.<br>Glendale AZ 85310-4207 | SUPERIOR AUTO EXTRA<br>12601 ENCINITAS AVE<br>Sylmar CA 91342-3635 | TAYLOR FREEZER SALES OF AZ<br>2825 E. CHAMBERS<br>Phoenix AZ 85040-3736 |

| | | |
|---|---|---|
| THERMO FLUIDS, INC.<br>39354 TREASURY CENTER<br>Chicago IL 60694-9300 | TROPICAL NUT & FRUIT, INC.<br>6580 HUNTLEY RD.<br>Columbus OH 43229-1012 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| USALCO LTD.<br>5536 W. ROOSEVELT ST.<br>Phoenix AZ 85043-2607 | VESTAR AZ - XXXI, LLC (40)<br>C/O VESTAR PROP MANEGMENT<br>Phoenix AZ 85011-6281 | WALK ON WATER PRODUCTS INC.<br>PO BOX 673<br>Waddell AZ 85355-0673 |
| WESTERN REFINING WHOLESALE INC.<br>PO BOX 749400<br>Los Angeles CA 90074-9400 | YOUNG ELECTRIC SIGN CO.<br>PO BOX 11676<br>Tacoma WA 98411-6676 | BERT L ROOS<br>BERT L. ROOS, PC<br>5045 N. 12TH ST, SUITE B<br>PHOENIX, AZ 85014-3302 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

NEW IMAGE AUTO GLASS
115 S. WEBER DRIVE - STE B112
Chandler AZ 85226

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&I MARSHALL & ILSLEY BANK

End of Label Matrix
Mailable recipients    68
Bypassed recipients     1
Total                  69

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:10-bk-02796-CGC<br>District of Arizona<br>Phoenix<br>Wed Feb 10 16:40:07 MST 2010 | DANNY'S RAINTREE & NORTHSIGHT, L.L.C.<br>15509 NORTH SCOTTSDALE ROAD<br>SCOTTSDALE, AZ 85254-2100 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| AMERICAN HOME MAINENANCE INC.<br>2922 S. ROOSEVELT ST.<br>Tempe AZ 85282-2042 | ARIZONS DEPT OF REVENUE [TAX]<br>ATTN: COLLECTIONS DIVISION<br>PO BOX 29079<br>Phoenix AZ 85038-9079 | AVANTI PRESS<br>PO BOX 67000<br>DEPARTMENT #210401<br>Detroit MI 48267-2104 |
| AZ COMPLETE CANDY & TOBACCO<br>6020 NORTH 55TH AVE.<br>Glendale AZ 85301-7706 | BLUE MOUNTAIN ARTS<br>PO BOX 4549<br>Boulder CO 80306-4549 | CATHEDRAL AUTOMOTIVE<br>3130 E. GREENWAY RD.<br>Phoenix AZ 85032-4446 |
| CENTRAL CHEMICAL<br>PO BOX 927<br>Mesa AZ 85211-0927 | (c)CITY OF SCOTTSDALE (TAX, ALARM)<br>PO BOX 1600<br>SCOTTSDALE AZ 85252-1600 | (c)CITY OF SCOTTSDALE (WATER)<br>PO BOX 1300<br>SCOTTSDALE AZ 85252-1300 |
| COX AUTO TRADER<br>PO BOX 17359<br>Clearwater FL 33762-0359 | CRESENT CROWN<br>402 S 54TH PL.<br>Phoenix AZ 85034-2135 | DANNY'S FAMILY COMPANIES, LLC<br>15509 NORTH SCOTTSDALE ROAD<br>Scottsdale AZ 85254-2100 |
| DANNY'S GLASS<br>15509 N. SCOTSDALE RD.<br>Scottsdale AZ 85254-2100 | DANNYS DISTRIBUTION<br>15509 N. SCOTSDALE RD.<br>Scottsdale AZ 85254-2100 | DEPARTMENT OF THE TREASURY (US)<br>BUREAU OF ALCOHOL TOBACCO<br>PO BOX 790208<br>Saint Louis MO 63179-2000 |
| DH TINTING<br>15509 N. SCOTSDALE RD.<br>Scottsdale AZ 85254-2100 | DIRECTV<br>PO BOX 60036<br>Los Angeles CA 90060-0036 | ECOLAB - PEST ELIMINATION DIV<br>PO BOX 6007<br>Grand Forks ND 58206-6007 |
| FRITO-LAY, INC.<br>75 REMITTANCE DR. STE 1217<br>Chicago IL 60675-1217 | HOPE TRADING<br>1001 S. EDWARD DR.<br>Tempe AZ 85281-5223 | ICEE COMPANY<br>4701 AIRPORT DR.<br>Ontario CA 91761-7817 |
| INTRA-MEDIA SOLUTIONS<br>2228 W. NORTHERN AVE.<br>SUITE B-210<br>Phoenix AZ 85021-9336 | J-TOYS<br>PO BOX 13073<br>Mesa AZ 85216-3073 | KALIL BOTTLING CO.<br>PO BOX 26888<br>Tucson AZ 85726-6888 |
| M&I MARSHALL & ILSLEY BANK<br>C/O BRIAN SIROWER & ISAAC GABRIEL<br>QUARLES & BRADY LLP<br>2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2322 | M&I MARSHALL & ILSLEY BANK<br>c/o QUARLES & BRADY LLP<br>2 NORTH CENTRAL AVENUE<br>Phoenix AZ 85004-2322 | M.L. DENNERLY<br>PO BOX 83536<br>Phoenix AZ 85071-3536 |

| | | |
|---|---|---|
| MARICOPA CO. AIR QUALITY DEPT.<br>1001 N. CENTRAL AVE #400<br>Phoenix AZ 85004-1944 | MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>Phoenix AZ 85072-2133 | METLIFE INVESTORS USA<br>PO BOX 371487<br>Pittsburgh PA 15250-7487 |
| MONEY MAILER RESPONSE MARKETING<br>13860 N. NORTHSIGHT BLVD.<br>Scottsdale AZ 85260-3654 | (c)NEW IMAGE AUTO GLASS<br>115 S WEBER DR STE B112<br>CHANDLER AZ 85226-3243 | NUCO2 INC.<br>PO BOX 9011<br>Stuart FL 34995-9011 |
| O.P.A.C.S.<br>PO BOX 14635<br>Scottsdale AZ 85267-4635 | PEPSI BOTTLING GROUP<br>PO BOX 841828<br>Dallas TX 75284-1828 | PROFORMA<br>PO BOX 51925<br>Los Angeles CA 90051-6225 |
| RAND MCNALLY<br>PO BOX 98904<br>Chicago IL 60693-0001 | REDDY ICE CORPORATION<br>PO BOX 730505<br>Dallas TX 75373-0505 | SAFEGUARD SECURITY SERVICES<br>PO BOX 5870<br>Scottsdale AZ 85261-5870 |
| SAVVY SHOPPER<br>3708 HEMPLAND RD.<br>PO BOX 610<br>Mountville PA 17554-0610 | SCREENVISION DIRECT<br>360 LINDEN OAKS<br>Rochester NY 14625-2814 | STRATEGIC FUNDING SOURCE INC.<br>1501 BROADWAY, #360<br>New York NY 10036-5501 |
| SUN DEVIL FIRE EQUIPMENT<br>2929 W. CLARENDON AVE.<br>Phoenix AZ 85017-4610 | SUNDANCER SUNGLASSES<br>6158 W. DONALD DR.<br>Glendale AZ 85310-4207 | SUPERIOR AUTO EXTRA<br>12601 ENCINITAS AVE<br>Sylmar CA 91342-3635 |
| TAYLOR FREEZER SALES OF AZ<br>2825 E. CHAMBERS<br>Phoenix AZ 85040-3736 | THERMO FLUIDS, INC.<br>39354 TREASURY CENTER<br>Chicago IL 60694-9300 | TROPICAL NUT & FRUIT, INC.<br>6580 HUNTLEY RD.<br>Columbus OH 43229-1012 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | USALCO LTD.<br>5536 W. ROOSEVELT ST.<br>Phoenix AZ 85043-2607 | WALK ON WATER PRODUCTS INC.<br>PO BOX 673<br>Waddell AZ 85355-0673 |
| WESTERN REFINING WHOLESALE INC.<br>PO BOX 749400<br>Los Angeles CA 90074-9400 | YOUNG ELECTRIC SIGN CO.<br>PO BOX 11676<br>Tacoma WA 98411-6676 | BERT L ROOS<br>BERT L. ROOS, PC<br>5045 N. 12TH ST, SUITE B<br>PHOENIX, AZ 85014-3302 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| CITY OF SCOTTSDALE (TAX, ALARM) | CITY OF SCOTTSDALE (WATER) | NEW IMAGE AUTO GLASS |
| --- | --- | --- |
| PO BOX 1949 | PO BOX 1788 | 115 S. WEBER DRIVE - STE B112 |
| Scottsdale AZ 85254 | Scottsdale AZ 85252-1788 | Chandler AZ 85226 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&I MARSHALL & ILSLEY BANK

End of Label Matrix
Mailable recipients    56
Bypassed recipients     1
Total                  57

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:10-bk-02799-SSC<br>District of Arizona<br>Phoenix<br>Wed Feb 10 16:37:53 MST 2010 | DANNY'S SCOTTSDALE & SHEA, L.L.C.<br>15509 NORTH SCOTTSDALE ROAD<br>SCOTTSDALE, AZ 85254-2100 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| ARIZONA DEPT OF REVENUE (TAX)<br>ATTN: COLLECTIONS DIVISION<br>PO BOX 29079<br>Phoenix AZ 85038-9079 | AZ COMPLETE CANDY & TOBACCO<br>6020 NORTH 55TH AVE.<br>Glendale AZ 85301-7706 | BLUE RHINO CORPORATION<br>PO BOX 281956<br>Atlanta GA 30384-1956 |
| CITY OF SCOTTSDALE (TAX, LICENSE, ALARM)<br>PO BOX 1586<br>Scottsdale AZ 85252-1586 | (c)CITY OF SCOTTSDALE (WATER)<br>PO BOX 1300<br>SCOTTSDALE AZ  85252-1300 | COX AUTO TRADER<br>PO BOX 17359<br>Clearwater FL 33762-0359 |
| CRESENT CROWN<br>402 S 54TH PL.<br>Phoenix AZ 85034-2135 | DANNY'S FAMILY COMPANIES, LLC<br>15509 NORTH SCOTTSDALE ROAD<br>Scottsdale AZ 85254-2100 | DANNYS DISTRIBUTION<br>15509 N. SCOTTSDALE RD.<br>Scottsdale AZ 85254-2100 |
| DAVID REGER<br>206 COSTA COURT<br>Fullerton CA 92831-4307 | DEPARTMENT OF THE TREASURY (US)<br>BUREAU OF ALCOHOL TOBACCO<br>PO BOX 790208<br>Saint Louis MO 63179-2000 | ECOLAB - PEST ELIMINATION DIV<br>PO BOX 6007<br>Grand Forks ND 58206-6007 |
| FENNEMORE CRAIG, P.C.<br>3003 N. CENTRAL AVE.<br>SUITE 2600<br>Phoenix AZ 85012-2930 | J-TOYS<br>PO BOX 13073<br>Mesa AZ 85216-3073 | KALIL BOTTLING CO.<br>PO BOX 26888<br>Tucson AZ 85726-6888 |
| LESTER'S CATERING<br>3770 W WHITTION AVE.<br>Phoenix AZ 85019-3807 | M&I MARSHALL & ILSLEY BANK<br>C/O BRIAN SIROWER & ISAAC GABRIEL<br>QUARLES & BRADY LLP<br>2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2322 | M&I MARSHALL & ILSLEY BANK<br>c/o QUARLES & BRADY LLP<br>2 NORTH CENTRAL AVENUE<br>Phoenix AZ 85004-2322 |
| MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>Phoenix AZ 85072-2133 | METLIFE INVESTORS USA<br>PO BOX 371487<br>Pittsburgh PA 15250-7487 | NUCO2 INC.<br>PO BOX 9011<br>Stuart FL 34995-9011 |
| O.P.A.C.S.<br>PO BOX 14635<br>Scottsdale AZ 85267-4635 | PEPSI BOTTLING GROUP<br>PO BOX 841828<br>Dallas TX 75284-1828 | PROFORMA<br>PO BOX 51925<br>Los Angeles CA 90051-6225 |
| SUN DEVIL FIRE EQUIPMENT<br>2929 W. CLARENDON AVE.<br>Phoenix AZ 85017-4610 | SUNDANCER SUNGLASSES<br>6158 W. DONALD DR.<br>Glendale AZ 85310-4207 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |

```
YOUNG ELECTRIC SIGN CO.                    BERT L ROOS
PO BOX 11676                               BERT L. ROOS, PC
Tacoma WA 98411-6676                       5045 N. 12TH ST, SUITE B
                                           PHOENIX, AZ 85014-3302



              Addresses marked (c) above for the following entity/entities were corrected
                  as required by the USPS Locatable Address Conversion System (LACS).


CITY OF SCOTTSDALE (WATER)
PO BOX 1788
Scottsdale AZ 85252-1788




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&I MARSHALL & ILSLEY BANK              End of Label Matrix
                                           Mailable recipients    31
                                           Bypassed recipients     1
                                           Total                  32
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:10-bk-02802-RTB<br>District of Arizona<br>Phoenix<br>Wed Feb 10 16:38:59 MST 2010 | DANNY'S 59TH AVENUE, L.L.C.<br>15509 NORTH SCOTTSDALE ROAD<br>SCOTTSDALE, AZ 85254-2100 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| AMERICAN HOME MAINTENANCE INC<br>2922 S. ROOSEVELT STREET<br>Tempe AZ 85282-2042 | ARIZONA DEPT OF REVENUE<br>ATTN: COLLECTIONS DIVISION<br>PO BOX 29079<br>Phoenix AZ 85038-9079 | ARIZONA PUBLIC SEVICE<br>PO BOX 2906<br>Phoenix AZ 85062-2906 |
| AVANTI PRESS<br>PO BOX 67000<br>DEPARTMENT #210401<br>Detroit MI 48267-2104 | AZ COMPLETE CANDY & TABACCO<br>6020 NORTH 55TH AVENUE<br>Glendale AZ 85301-7706 | BLACKFLOW PREVENTION DEVICE INS<br>3831 E. GROVE STREET<br>Phoenix AZ 85040-9001 |
| BLUE MOUTAIN ARTS<br>PO BOX 4549<br>Boulder CO 80306-4549 | CENTRAL CHEMICAL<br>PO BOX 927<br>Mesa AZ 85211-0927 | CITY OF GLENDALE<br>PO BOX 500<br>Glendale AZ 85311 |
| CITY OF GLENDALE (TAX)<br>TAX & LICENSE DIVISION<br>5850 W. GLENDALE AVENUE<br>Glendale AZ 85301-2563 | DANNY'S FAMIL COMPANIES, LLC<br>15509 NORTH SCOTTSDALE RD<br>Scottsdale AZ 85254-2100 | DANNY'S GLASS<br>15509 NORTH SCOTTSDALE RD<br>Scottsdale AZ 85254-2100 |
| ECOLAB - PEST ELIMINATION DIVISION<br>PO BOX 6007<br>Grand Forks ND 58206-6007 | HOPE TRADING<br>1001 S. EDWARD DRIVE<br>Tempe AZ 85281-5223 | INTERSTATE STEEL<br>925 W. HATCHER<br>Phoenix AZ 85021-3138 |
| INTRA-MEDIA SOLUTIONS<br>2228 W. NORTHERN AVENUE<br>SUITE B-210<br>Phoenix AZ 85021-9336 | KALIL BOTTLING CO.<br>PO BOX 26888<br>Tucson AZ 85726-6888 | M&I MARSHALL & ILSLEY BANK<br>C/O BRIAN SIROWER & ISAAC GABRIEL<br>QUARLES & BRADY LLP<br>2 N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2322 |
| M&I MARSHALL & ILSLEY BANK<br>c/o QUALES & BRADY LLP<br>2 NORH CENTRAL AVENUE<br>Phoenix AZ 85004-2391 | M.L. DENNERLY<br>PO BOX 83536<br>Phoenix AZ 85071-3536 | MARICOPA COUNTY TREASURER<br>PO BOX 52133<br>Phoenix AZ 85072-2133 |
| METLIFE INVESTORS USA<br>PO BOX 371487<br>Pittsburgh PA 15250-7487 | (c)NEW IMAGE AUTO GLASS<br>115 S WEBER DR STE B112<br>CHANDLER AZ  85226-3243 | O.P.A.C.S.<br>PO BOX 14635<br>Scottsdale AZ 85267-4635 |
| PEPSI BOTTLING GROUP<br>PO BOX 841828<br>Dallas TX 75284-1828 | PERFORMA<br>PO BOX 51925<br>Los Angeles CA 90051-6225 | R&R PROPERTIES LTD. PARTNERSHIP<br>3104 EAST CAMELBACK RD<br>SUITE 522<br>Phoenix AZ 85016-4502 |

| | | |
|---|---|---|
| SAFEGUARD SECURITY SERVICES<br>PO BOX 5870<br>Scottsdale AZ 85261-5870 | SAVVY SHOPPER<br>3708 HEMPLAND ROAD<br>PO BOX 610<br>Mountville PA 17554-0610 | SUN DEVIL FIRE EQUIPMENT<br>2929 W. CLARENDON AVENUE<br>Phoenix AZ 85017-4610 |
| SUNDANCER SUNGLASSES<br>6158 W. DONALD DRIVE<br>Glendale AZ 85310-4207 | SUPERIOR AUTO EXTRA<br>12601 ENCINITAS AVENUE<br>Sylmar CA 91342-3635 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| XO COMMUNICATIONS<br>FILE NO. 50550<br>Los Angeles CA 90074-0543 | YOUNG ELECTRIC SIGN CO.<br>PO BOX 11676<br>Tacoma WA 98411-6676 | BERT L ROOS<br>BERT L. ROOS, PC<br>5045 N. 12TH ST, SUITE B<br>PHOENIX, AZ 85014-3302 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

NEW IMAGE AUTO GLASS
115 S. WEBER DRIVE, STE. B112
Chandler AZ 85226


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)M&I MARSHALL & ILSLEY BANK

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39