**BERT L. ROOS, #006960**
**Bert L. Roos, P.C.**
**5045 N. 12th Street, Suite B**
**Phoenix, Arizona 85014**
**Phone (602) 242-7869**
**Fax: (602) 242-5975**
**Email: blrpc85015@msn.com**
**Attorney for Danny's Happy Valley, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 11 |
| DANNY'S HAPPY VALLEY, LLC, | ) Case No.: 2:10-bk-02794-EWH |
| Debtor. | ) DECLARATION OF KENT DESPAIN IN SUPPORT OF DEBTOR'S CHAPTER 11 CASE |

This Declaration is filed by Kent Despain on behalf of Danny's Happy Valley, LLC ("Debtor") who declares under penalty of perjury as follows:

**Introduction**

1. I am over 18 years of age, and I am competent and authorized to make this Status Report on behalf of the Debtor.

2. Except as otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, my review of relevant documents, or my opinion, which is based on my experience with an knowledge of the operations and financial condition of the Debtor. If called upon to testify, I would and could testify competently to the facts set forth herein.

**Background on the Debtor**

3. The Debtor is an Arizona limited liability company. The Debtor is an Arizona limited liability company. Danny's Family Companies II, LLC, owns a one hundred percent (100%) membership interest in the Debtor. Danny's Family Companies II, LLC is also the Manager of the Debtor. I have been an authorized signed of Danny's Family Companies II, LLC since approximately 2001.

4. On February 3, 2010 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor continues in possession of its

property and management of its business as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

### Description of Managing Member Danny's Family Companies II, LLC

5. Danny's Family Companies II, LLC is a fully integrated, privately held management company operating in Arizona, United States. From its inception, Danny's Family Companies II, LLC has been a leader in managing mixed use commercial properties, ranging from car washes to convenience stores and fueling stations. Danny's Family Companies II, LLC has almost a century of experience in the managing field.

6. Based in Phoenix, Arizona, Danny's Family Companies II, LLC currently manages multiple properties in Arizona.

### Secured Debt Against Danny's Happy Valley, LLC

7. Apart from some unpaid real estate taxes, Danny's Happy Valley, LLC is encumbered by: (i) a first lien in favor of Marshall & Ilsley Bank ("M&I", which claims an indebtedness in the principal amount of approximately $3,796,667.00 plus accrued and accruing interest), and (ii) a second lien in favor of Strategic Funding Source, Inc. ("SFS", which claims an indebtedness in the principal amount of approximately $85,000.00 plus accrued and accruing interest).

8. Interest on the M&I debt has been paid through December 14, 2009.

9. Interest on the SFS debt has been paid through December 14, 2009.

10. The Debtor believes that M&I and SFS ("Secured Creditors") will claim a secured interest in the receivables, cash, and other personal property assets of the Debtor.

### Events Leading Up to the Debtor's Chapter 11 Filing

11. Like virtually every carwash and convenience store in the country, the Debtor has suffered significantly as a result of the credit crisis and economic recession that has gripped the nation for at least the past two (2) years. The Debtor's business, ownership and operation of this business, has been particularly hard hit by these difficult economic times. Client losses have impacted negatively the Debtor's cash flow and ability to service debt.

12. In February 2010, M&I began receivership proceedings by filing a civil complaint against Danny's Happy Valley, LLC and other partner companies. In order to preserve the equity, the

Debtor filed for Chapter 11 relief before the Order to Show Cause hearing on M&I's Order Appointing Temporary Receiver.

### Equity in Danny's Happy Valley, LLC

13. According to the Debtor, the debtor has an "as is" value of $4,000,000.00 and a stabilized value of $5,670,000.00. Based on the Debtor, there is significant equity for the Debtor

### Reorganization Intents

14. The primary means for effectuating the plan shall be the Debtor's net income from sales related to car wash, gasoline sales, and operation of the convenience store.

15. Debtor will file a plan of reorganization that provides payment of one hundred percent (100%) of all allowed claims in the case.

### Immediate Needs in the Case

16. To effectively reorganize, the Debtor immediately needs (among other things) authorization to use cash collateral that likely will be claimed by M&I and SFS in order to maintain the regular operation to the business. In this regard, the Debtor has filed this Emergency Motion for Interim Order Authorizing Debtor to Use Cash Collateral Pursuant to 11 U.S.C. § 363 (the "Cash Collateral Motion") [Docket No. 17]. Through the Cash Collateral Motion, the Debtor requests authorization to use income from its sales to pay the ordinary and necessary expenses reflected on the Budget that is attached to this Declaration as Exhibit 2.

DATED this 11th day of February 2010.

/s/Kent Despain_____
Kent Despain
Danny's Family Companies II, LLC Managing
Member of the Debtor