Bert L. Roos, Esq.
BERT L. ROOS, PC
5045 N. 12th St., #B
Phoenix AZ 85014
Ph.:   602-242-7869
Fax:   602-242-5975
Blrpc85015@msn.com

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANNY'S HAPPY VALLEY, LLC, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 2:10-bk-02794-EWH<br>**(Joint Administration Pending With)** |
| This filing applies to:<br><br>■ All Debtors<br>☐ Specified Debtors: | 2:10-bk-02796-EWH    2:10-bk-02799-EWH<br>2:10-bk-02802-EWH<br>2:10-bk-05580-RJH    2:10-bk-05583-RJH<br>2:10-bk-05585-RJH    2:10-bk-05588-RJH<br>2:10-bk-05792-SSC    2:10-bk-05793-SSC<br>2:10-bk-05794-SSC    2:10-bk-05795-SSC<br>2:10-bk-05796-SSC    2:10-bk-05797-SSC<br>2:10-bk-05798-SSC    2:10-bk-05799-SSC<br>2:10-bk-05800-SSC    2:10-bk-05801-SSC<br>2:10-bk-05802-SSC    2:10-bk-05805-SSC<br>2:10-bk-05806-SSC    2:10-bk-05772-JMM<br>2:10-bk-05774-JMM    2:10-bk-05775-JMM<br>2:10-bk-05776-JMM |
| | **MOTION FOR JOINT ADMINISTRATION**<br><br>**Hearing Date:**  **None Set**<br>**Hearing Time:**<br>**Location:**  **Courtroom #602**<br>**230 N First Ave.**<br>**Phoenix AZ  85003** |

Danny's Happy Valley, LLC and its related debtors[1], Debtors and Debtors-in-Possession (jointly, the "Debtors"), through counsel, hereby request entry of an Order authorizing the joint administration of the twenty-five (25) related bankruptcy cases.

---

[1] Danny's Raintree & Northsight, LLC, 2:10-bk-02794-EWH; Danny's Scottsdale & Shea, LLC, 2:10-bk-02799-EWH; Danny's 59th Avenue, LLC, 2:10-bk-02802-EWH; Danny's Crossroads, LLC; 2:10-bk-05580-RJH; Danny's Gilbert Gateway, LLC, 2:10-bk-05583-RJH; Danny's San Tan, LLC, 2:10-bk-05585-RJH; Danny's Tempe, LLC, 2:10-bk-05588-RJH; Danny's Family Companies, LLC, 2:10-bk-05792-SSC; Danny's Car Services, LLC, 2:10-bk-05793-SSC; Danny's Scottsdale & TB, LLC, 2:10-bk-05794-SSC; National Car Care Development Corporation, 2:10-bk-05795-SSC; 84th & Bell, LLC, 2:10-bk-05796-SSC; 3rd & Bell, LLC, 2:10-bk-05797-SSC; Danny's Tatum, LLC, 2:10-bk-05798-SSC; 83rd & Union Hills, LLC, 2:10-bk-05799-SSC; Mayo & Scottsdale Family Car Wash,

DB03/./9403031.1

**Background**

1. On February 3, 2010, Danny's Happy Valley, LLC; Danny's Raintree & Northsight, LLC; Danny's Scottsdale & Shea, LLC; and Danny's 59th Avenue, LLC (the "February Debtors") filed their respective voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Arizona.

2. On March 3, 2010 and March 4, 2010, the March Debtors filed their respective voluntary petitions for relief under Chapter 11 of Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona.

3. On February 10, 2010, the February Debtors filed their Motion for Joint Administration. An Order from this Court was entered on February 16, 2010, approving the February Debtors' request that their cases be jointly administered, and ordering that the February Debtors' cases be jointly administered in this Court as Case No. 2:10-02794-EWH.

1. On March 4, 2010, the March Debtors filed three separate Motions for Joint Administration, requesting that the March Debtors' cases be jointly administered in three separate cases. Orders granting the three Motions for Joint Administration were issued on March 5, 2010, March 8, 2010 and March 11, 2010. The March Debtors' cases are currently being jointly administered in three separate cases, identified as: 2:10-bk-05580-RJH; 2:10-bk-05772-JMM; and 2:10-bk-05792-SSC.

2. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee, examiner, or official committee has been appointed in any of the cases.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

---

LLC, 2:10-bk-05800-SSC; Danny's Glass, LLC, 2:10-bk-05801-SSC; Danny's Fuel, LLC, 2:10-bk-05802-SSC; Paradise Village Car Care Centre, Inc., 2:10-bk-05805-SSC; Twentieth & Highland, LLC, 2:10-bk-05806-SSC; Danny's Commercial Properties, LLC, 2:10-bk-05772-JMM; Barcelona Restaurants III, LLC, 2:10-bk-05774-JMM; Barcelona Business Center, LLC, 2:10-bk-05775-JMM; and Danny's Office, LLC, 2:10-bk-05776-JMM.

5. The Debtors are each corporations or limited liability companies formed under the statutes of the State of Arizona.

## Relief Requested

6. This Motion has been filed in the lowest numbered case, Danny's Happy Valley, LLC, with a copy sent to the Honorable Randolph J. Haines, the Honorable James M. Marlar, and the Honorable Sarah S. Curley. By this Motion, the Debtors seek an Order of the Court establishing the joint administration for procedural purposes of these twenty-five affiliated cases.

7. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

8. The Debtors propose to use the caption below for the jointly administered cases.

| In re | Chapter 11 |
|---|---|
| DANNY'S HAPPY VALLEY, LLC, *et al.,* | Case No. 2:10-bk-02794-EWH |
| Debtors. | **Jointly Administered With:** |

| | |
|---|---|
| 2:10-bk-02796-EWH | 2:10-bk-02799-EWH |
| 2:10-bk-02802-EWH | |
| 2:10-bk-05580-RJH | 2:10-bk-05583-RJH |
| 2:10-bk-05585-RJH | 2:10-bk-05588-RJH |
| 2:10-bk-05792-SSC | 2:10-bk-05793-SSC |
| 2:10-bk-05794-SSC | 2:10-bk-05795-SSC |
| 2:10-bk-05796-SSC | 2:10-bk-05797-SSC |
| 2:10-bk-05798-SSC | 2:10-bk-05799-SSC |
| 2:10-bk-05800-SSC | 2:10-bk-05801-SSC |
| 2:10-bk-05802-SSC | 2:10-bk-05805-SSC |
| 2:10-bk-05806-SSC | 2:10-bk-05772-JMM |
| 2:10-bk-05774-JMM | 2:10-bk-05775-JMM |
| 2:10-bk-05776-JMM | |

This filing applies to:

■ All Debtors
☐ Specified Debtors:

**[CAPTION]**

**Hearing Date:**
**Hearing Time:**
**Location:** **Courtroom #602**
**230 N First Ave.**
**Phoenix AZ 85003**

9. Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, the Danny's Happy Valley, LLC case, except for proofs of claim and interest which should be filed in the case to which such proofs are related. Concurrently, the Debtors request that all the cases be transferred to the Honorable Eileen W. Hollowell, the Bankruptcy Judge in the lowest-numbered case.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the twenty-five affiliated Debtors' cases, and for such other relief as is just in the circumstances.

RESPECTFULLY SUBMITTED this March 23, 2010.

**BERT L. ROOS, PC**

By: /s/Bert L. Roos

Bert L. Roos
5045 N. 12th St., Suite B
Phoenix, Arizona 850147
Attorneys for the Debtors

4

| | |
|---|---|
| 1 | COPY of the foregoing sent this March 23, 2010, to: |
| 2 | |
| 3 | Office of the United States Trustee<br>230 N First Ave. #204<br>Phoenix AZ 85003-1706 |
| 4 | |
| 5 | Renee Sandler Shamblin, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>230 North First Avenue, Suite 204 |
| 6 | PHOENIX, AZ 85003-1706<br>Attorney for U.S. Trustee |
| 7 | |
| 8 | Christopher J. Pattock, Esq.<br>OFFICE OF THE U.S. TRUSTEE |
| 9 | 230 N. First Avenue, #204<br>Phoenix, AZ 85003-170 |
| 10 | Attorney for U.S. Trustee |
| 11 | Edward K. Bernatavicius, Esq.<br>UNITED STATES TRUSTEE |
| 12 | 230 N 1st Ave., Suite 204<br>Phoenix, AZ 85003 |
| 13 | Attorney for U.S. Trustee |
| 14 | |
| 15 | Elizabeth C. Amorosi, Edq.<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. 1st Avenue, Suite 204 |
| 16 | Phoenix, AZ 85003<br>Attorney for U.S. Trustee |
| 17 | |
| 18 | Jordan A. Kroop, Esq.<br>SQUIRE SANDERS & DEMPSEY LLP |
| 19 | TWO RENAISSANCE SQUARE<br>40 N Central Avenue, Ste. 2700 |
| 20 | Phoenix, AZ 85004-4498<br>Attorney for Comerica Bank |
| 21 | |
| 22 | J. Matthew Derstine, Esq.<br>ROSHKA DEWULF & PATTEN, PLC |
| 23 | ONE ARIZONA CENTER<br>400 E. Van Buren ST., #800 |
| 24 | Phoenix, AZ 85004<br>Attorney for Scottsdale Place, L.L.C. |
| 25 | |
| 26 | William Novotny, Esq.<br>MARISCAL, WEEKS, MCINTYRE, &<br>FRIEDLANDER |
| 27 | 2901 N. Central Avenue, #200<br>Phoenix, AZ 85012-2705 |
| 28 | |

5

| | |
|---|---|
| 1 | Danny's Happy Valley, LLC et al |
| 2 | 15509 North Scottsdale Road<br>Scottsdale, AZ 85254 |
| 3 | Debtors |
| 4 | April J. Villarreal Theis, Esq. |
| 5 | OFFICE OF THE ATTORNEY GENERAL<br>1275 W. Washington |
| 6 | Phoenix, AZ 85007-2926<br>Attorney for Arizona Department of |
| 7 | Revenue |
| 8 | Isaac M. Gabriel, Esq.<br>QUARLES & BRADY LLP |
| 9 | 2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| 10 | Attorney for M&I Marshall & Ilsley Bank |
| 11 | Brian Sirower, Esq.<br>QUARLES & BRADY LLP |
| 12 | 2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| 13 | Attorney for M&I Marshall & Ilsley Bank |
| 14 | Barbara Lee Caldwell, Esq. |
| 15 | AIKEN SCHENK HAWKINS &<br>RICCIARDI P.C. |
| 16 | 4742 N 24th Street Suite 100<br>Phoenix, AZ 85016 |
| 17 | Attorney for Maricopa County |
| 18 | Michael D. Curran, Esq. |
| 19 | MAYNARD CRONIN ERICKSON<br>CURRAN & SPARKS |
| 20 | 3200 N Central Ave., #1800<br>Phoenix, AZ 85012 |
| 21 | Attorney for FNBN-CMLCON I, LLC |

  /s/ Jacob Rodriguez