C. Taylor Ashworth (#010143)
Alan A. Meda (#009213)
Christopher C. Simpson (#018626)
Josh Kahn (#026284)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
ameda@stinson.com

Attorneys for the March Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| DANNY'S HAPPY VALLEY, LLC, *et al.*, | Case No. 2:10-bk-02794-EWH |
| Debtor(s). | Jointly Administered With: |
| | 2:10-bk-02796-EWH 2:10-bk-02799-EWH |
| | 2:10-bk-02802-EWH |
| | 2:10-bk-05580-RJH 2:10-bk-05583-RJH |
| | 2:10-bk-05585-RJH 2:10-bk-05588-RJH |
| | 2:10-bk-05792-SSC 2:10-bk-05793-SSC |
| | 2:10-bk-05794-SSC 2:10-bk-05795-SSC |
| | 2:10-bk-05796-SSC 2:10-bk-05797-SSC |
| | 2:10-bk-05798-SSC 2:10-bk-05799-SSC |
| | 2:10-bk-05800-SSC 2:10-bk-05801-SSC |
| | 2:10-bk-05802-SSC 2:10-bk-05805-SSC |
| | 2:10-bk-05806-SSC 2:10-bk-05772-JMM |
| | 2:10-bk-05774-JMM 2:10-bk-05775-JMM |
| | 2:10-bk-05776-JMM |

### AGREED ORDER GRANTING EMERGENCY MOTION TO AUTHORIZE CONTINUED PURCHASING, CREDIT AND WHOLESALER RELATIONSHIP WITH SHELL

**THIS AGREED ORDER** (the "Agreed Order") is by and among Danny's Family Companies, LLC, an Arizona limited liability company ("Debtor") and Equilon Enterprises LLC dba Shell Oil Products US ("Shell"). The Court held a hearing on the Debtor's

Emergency Motion To Authorize Continued Purchasing, Credit And Dealer Relationship With Shell ("Motion"). However, the Debtor did not provide notice to Shell of the Motion prior to the hearing or of the Debtor's bankruptcy case. The Debtor also is a wholesaler of Shell. This is not a retail relationship. Shell and the Debtor are parties to that certain Wholesale Marketer Agreement dated December 1, 2009 ("Shell WMA"), which governs the relationship between the parties for the sale and distribution of Shell-branded petroleum products ("Shell-branded Products") at designated Shell-branded retail outlets. Pursuant to the Shell WMA, the Debtor is authorized to deliver Shell-branded Products at certain designated Shell-branded retail outlets. Shell has received, and continues to receive cash, funds, credits, payments and transfers (the "Debtor's Payments") for the payment of Shell-branded Product, equipment rental and other fees and costs that arise under and related to the Shell WMA ("WMA Invoices"). After the hearing, the parties reached an agreement, resolving the Motion.

**IT IS HEREBY ORDERED** as follows:

1. The Debtor is authorized to continue to purchase Shell-branded Products from Shell pursuant to the terms of the Shell WMA.

2. Shell is authorized to apply the Debtor's Payments to the WMA Invoices, including the application of: (a) any postpetition Debtor's Payments to any prepetition WMA Invoices for goods received within 20 days prior to the petition date and within the scope of 11 U.S.C. § 503(b)(9), and (b) any prepetition Debtor's Payments to any prepetition WMA Invoices.

3. Except for the Debtor's Payments, none of the actions taken by the Debtor in maintaining the Debtor's relationship with Shell under the Shell WMA, and none of the relief

granted in this order, shall be deemed to be a waiver of any of the Debtor's rights under the Bankruptcy Code, an acknowledgement of the validity or enforceability of any lien, or the assumption of any executory contract, and all of the Debtor's right's in that regard are reserved.

4. Shell's consent to the terms and the relief granted herein shall not constitute a waiver of any of Shell's rights under the Shell WMA or any state or federal law applicable to the Shell WMA, and all of Shell's rights thereunder are reserved.

5. Notwithstanding any of the applicability of Rule 6004(h), any other Rules, or otherwise, the terms and conditions of this order shall be effective and enforceable *nunc pro tunc* to March 4, 2010.

**DATED, SIGNED AND ORDERED AS ABOVE STATED.**

**AGREED TO FORM AND CONTENT**

*/s/ Sharon M. Beausoleil*
Sharon M. Beausoleil
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorneys for Equilon Enterprises LLC
dba Shell Oil Products US


*/s/Christopher C. Simpson*
Christopher C. Simpson
STINSON MORRISON HECKER LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for the March Debtors