# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DANNY'S HAPPY VALLEY, L.L.C. |
| **Case Number:** | 2:10-bk-02794-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 01, 2010 09:00 AM  6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matters:

1) EXPEDITED HEARING ON (I) MOTION TO VACATE ORDER FOR JOINT ADMINISTRATION AND (II) OBJECTION TO JOINT ADMINISTRATION FILED BY M&I MARSHALL & IISLEY'S BANK
   **R / M #:** 92 / 0

2) ADM: 2:10-BK-02794-EWH
   EXPEDITED HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PRE-PETITION EXPENSES [DOCKET 26 CASE 2:10-BK-5580]
   **R / M #:** 108 / 0

3) ADM: 2:10-BK-02794-EWH
   EXPEDITED HEARING ON DEBTOR'S MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION EXPENSES [DOCKET 29 CASE 2:10-BK-5792]
   **R / M #:** 110 / 0

4) ADM: 2:10-BK-02794-EWH
   EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO AUTHORIZE CONTINUED PURCHASING, CREDIT AND DEALERSHIP RELATIONSHIP WITH CHEVRON [DOCKET 3 CASE 2:10-BK-5795]
   **R / M #:** 109 / 0

5) EXPEDITED HEARING ON DEBTOR'S MOTION TO AUTHORIZE DEPOSIT TO SECURE NECESSARY PETROLEUM PURCHASES
   **R / M #:** 0 / 0

6) EXPEDITED HEARING ON M&I MARSHALL & ILSLEY BANK'S MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE IN ALL OF THE DEBTORS' CASES PURSUANT TO BANKRUPTCY CODE §1104
   **R / M #:** 0 / 0

7) CONTINUED HEARING RE: DEBTOR'S MOTION FOR INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
   **R / M #:** 19 / 0

## Appearances:

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...  2:10-bk-02794-EWH                THURSDAY, APRIL 01, 2010 09:00 AM

    MICHAEL W. CARMEL, ATTORNEY FOR DANNY'S HAPPY VALLEY, L.L.C.
    ALISA LACEY/ALAN MEDA, ATTORNEYS FOR MARCH DEBTORS
    BRIAN SIROWER, ATTORNEY FOR M&I BANK
    WALTER J. ASHBROOK, ATTORNEY FOR M&I BANK
    MATT DERSTINE, ATTORNEY FOR SCOTTSDALE PLAZA, LLC
    WARREN STAPLETON/FRANCIS LAWALL, ATTORNEYS FOR
    HILARY BARNES, ATTORNEY FOR PARADIS VILLAGE, ET AL
    DALE SCHIAN, ATTORNEY FOR FNBN
    JORDAN KROOP/KELLY SINGER, ATTORNEYS FOR COMERICA
    CHRISTOPHER PATTOCK, ATTORNEY FOR U.S. TRUSTEE
    APRIL THEIS, ATTORNEY FOR ADOR
    WILLIAM NOVOTNY, ATTORNEY FOR VESTOUR DRM-OPCO
    SHARON BEAUSOLEIL, ATTORNEY FOR SHELL

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:10-bk-02794-EWH          THURSDAY, APRIL 01, 2010 09:00 AM

## *Proceedings:*

Ms. Lacey reviewed this case for the Court, explaining how the 25 cases are related, noting that 21 cases were filed in March and 4 cases were filed in February. She noted that HR Betty and Topcl are not in bankruptcy.

Ms. Lacey reviewed the applications for appointment of counsel, asking that Mr. Roos be retained for a period of time until the transition is complete.

Mr. Pattock explained his concerns.

COURT: IT IS ORDERED ALLOWING MR. ROOS TO STAY ON FOR 30 DAYS AND AT THAT TIME A REPORT IS TO BE FILED WITH COPIES TO THE U.S. TRUSTEE, ANY COMMITTEE THAT
IS APPOINTED, AND THE CREDITORS THAT REQUESTED NOTICE. THE COURT WILL ENTER
THE ORDER APPOINTING STINTSON, MORRISON FIRM.

Mr. Carmel urged his application to be retained.

COURT: THE COURT WILL APPROVE THE KNUDSEN PROCEDURES SUBJECT TO CASH COLLATERAL ORDER. THE CASH COLLATERAL WILL BE REINSTATED UNTIL IT CAN BE HEARD.

Mr. Sirlower stated that the use of cash collateral was not terminated.

PURCHASE OF PETROLEUM

Ms. Lacey urged the motion. She provided a copy of exhibit A and reviewed the breakdown.

Ms. Beausoleil responded, explaining her concerns.

Ms. Lacey agreed.

COURT: COUNSEL MAY UPLOAD A FORM OF ORDER.

Mr. Sirower explained his concerns regarding the joint administration order.

COURT: IT IS ORDERED DENYING THE OBJECTION WITHOUT PREJUDICE AS WELL AS DENYING THE MOTION TO APPOINT A TRUSTEE WITHOUT PREJUDICE.

Ms. Lacey urged her motion regarding the ground leases.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:10-bk-02794-EWH         THURSDAY, APRIL 01, 2010 09:00 AM

Mr. Derstine responded.

Ms. Lacey replied.

COURT:  IT IS ORDERED THAT POSSESSION CAN TURNED OVER BUT IT WILL NOT BE FINAL FOR SEVEN DAYS UNTIL NOTICE IS GIVEN TO PARTIES EFFECTED WHICH WILL INCLUDE UTILITIES AND TENNANTS.  THE LEASE WILL REJECTED AND THE ORDER WILL BE ENTERED TODAY BUT PARTIES HAVE SEVEN DAYS TO OBJECT.

COURT:  IT IS ORDERED SETTING A STATUS HEARING ON MR. CARMEL'S RETENTION AND CASH COLLATERAL ON MR. CARMEL'S CASES,  PREPETITION WAGES, AND AN UPDATED REPORT ON CASH COLLATERAL ON MONDAY, APRIL 5, 2010 AT 3:30 P.M.

THE COURT NOTED POSSIBLE FUTURE HEARING DATES:  APRIL 5, 2010 AT 10AM, APRIL 23, 2010 AT 9:30AM., MAY 28, 2010 AT 9:30AM.