# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DANNY'S HAPPY VALLEY, L.L.C. |
| **Case Number:** | 2:10-bk-02794-EWH          **Chapter:**  11 |
| **Date / Time / Room:** | MONDAY, APRIL 05, 2010 03:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

EXPEDITED HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN INTERIM AND FINAL ORDER
AUTHORIZING THE USE OF CASH COLLATERAL

**R / M #:**   138 /  0

## *Appearances:*

BERT L ROOS, ATTORNEY FOR DANNY'S HAPPY VALLEY, L.L.C.
MICHAEL W. CARMEL, ATTORNEY FOR FEBRUARY DEBTORS
BRIAN SIROWER, ATTORNEY FOR M & I BANK
ISAAC GABRIEL, ATTORNEY FOR M & I BANK
SCOTT GOLDBERG, ATTORNEY FOR FNBN
ALAN MEDA, ATTORNEY FOR MARCH DEBTORS
KELLY SINGER, ATTORNEY FOR COMERICA
WARREN J. STAPLETON, PROPOSED COUNSEL FOR COMMITTEE
FRANCIS LAWALL, PROPOSED COUNSEL FOR COMMITTEE
CHRISTOPHER PATTOCK, ATTORNEY FOR U.S. TRUSTEE

Case 2:10-bk-02794-EWH    Doc 159    Filed 04/05/10    Entered 04/06/10 09:42:52    Desc
Main Document      Page 1 of 2

04/06/2010   9:42:40AM

# Minute Entry

## _Proceedings:_

Mr. Carmel informed the Court that they have been negotiating terms of the cash collateral order and believes they will be able to reach an agreement without an evidentiary hearing.  He noted that the Court had reserved two hours to take evidence on Friday.  Mr. Carmel noted that they do have authority to use cash collateral until Friday.

Mr. Sirower agreed that cash collateral can be used until Friday.

The Court explained the basis for having to hear the matter on Friday by video conference.

COURT:  IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON FRIDAY, APRIL 9, 2010 AT 10:00 A.M. ALLOWING TWO HOURS BY VIDEO CONFERENCE.

Mr. Meda indicated that he has proposed stipulations with both lenders and feels confidant that they will have something in writing by Friday.

Mr. Meda addressed the issue of prepetition wages.

The Court noted the omnibus hearing on April 23, 2010 if needed.

Mr. Lawall indicated that a committee has been appointed.

Mr. Meda stated that he believes there will be a need for hearings on April 23, 2010.

Mr. Carmel reminded the Court that he will be out of the country on April 23, 2010 and Mr. Roos will be handling it.  He asked that the retainer issue be continued to Friday.

The omnibus hearing on April 23, 2010 omnibus hearing will begin at 9:30 a.m.